# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s)**
John W. Reliford
370 Cloverdale Lane
Bolingbrook, IL 60440
(630)378-0475

08CV1266
JUDGE COAR
MAG. JUDGE ASHMAN

**Defendant(s)**
United Parcel Service (UPS)
One UPS Way
Hodgkins, IL 60525

FILED
MAR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Age Discrimination-the following are some of the discriminatory actions taken against me by UPS.

1. Reluctant to hire until pressured.
2. Tired to terminate me through unfair training tactics after being hired.
3. Trainers were told to give me inadequate training and then flunk me.
4. My employment was almost terminated before I became certified by them launching a sham on the premises.
5. My employment was in jeopardy by falsifying my work records before I became eligible for pension.
6. UPS forced me to sign a separation agreement before they would do the right thing concerning my worker's compensation injury.
7. UPS breached various articles in my union collective bargaining contract because of age discrimination.
8. UPS caused me to operate unsafe and defective equipment to cause my performance level to go down qualifying me for job termination.

There are other age discriminatory acts that UPS and its associates committed against my wife and I as a result of retaliation to addressing the issue of age discrimination throughout the years of this course of action.



For years I have appealed to many people to stop the discriminatory course of action against me, with little result. The following list includes some of the people who were contacted in regards to my complaint.

1. My immediate supervisors
2. My on-the-job managers
3. The local HR department
4. The local union
5. UPS national HR
6. UPS CEO

The discrimination worsened after the truck accident that I had on the job.

On December 9, 2005 I was involved in a on the job truck accident. UPS used the settlement of the truck accident to coerce me into the signing of an Employee Job Separation Agreement. The agreement was signed by me in the effort to secure back pay and insurance treatment for my wife to save her life and to prevent foreclosure on our home along with other very important reasons. The negative treatment and violations by UPS against me was a continuous practice. The discrimination was consistent and documented from the beginning of my filling out an application for employment with UPS until date. It went on and on without relief. There were unreasonable delays in UPS in the providing fair and reasonable treatment to me as they were trying to force my termination of employment because of my age. The actions of UPS towards me caused me pain, suffering, and unfortunately with the untimely death of my wife, Shirley Reliford, a financial hardship on me.

John W. Reliford

*[signature: John W. Reliford]*

370 Cloverdale Lane
Bolingbrook, IL 60440
(630) 378-0475
Date: 3-3-08