

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John. W. Reliford

STREET ADDRESS: 870 Cloverdale Ln

CITY/STATE/ZIP: Bolingbrook, Il 60440

PHONE NUMBER: (630)378-0475

CASE NUMBER: **08CV1266 JUDGE COAR MAG. JUDGE ASHMAN**

FILED MAR 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_John W. Reliford_
Signature

3-3-08
Date