## United States District Court for the Northern District of Illinois

Case Number: 08CV1266         Assigned/Issued By: LI

Judge Name: COAR             Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00              Receipt #: 107 27230

Date Payment Rec'd: 3/3/08        Fiscal Clerk: LI

### ISSUANCES

[✓] Summons                       [ ] Alias Summons
[ ] Third Party Summons           [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                  _____
                                  _____
                                  (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
        (Type of Writ)

_1_ Original and _1_ copies on _3/3/08_ as to _DEF_
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05