UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| **JOHN W. RELIFORD** | **No. 08 CV 1266** |
| v. | |
| **UNITED PARCEL SERVICE, CO.** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| SIGNATURE | |
|---|---|
| **/s/ Ellen M. Girard** | |
| FIRM | |
| **Quarles & Brady LLP** | |
| STREET ADDRESS | |
| **500 West Madison Street, Suite 3700** | |
| CITY/STATE/ZIP | |
| **Chicago, IL  60661** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **06276507** | TELEPHONE NUMBER **312.715.5000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ ||

QBACTIVE\6141831.1