**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN W. RELIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1266 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | Magistrate Judge Martin C. Ashman |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S LOCAL RULE 3.2
CORPORATE DISCLOSURE STATEMENT**

United Parcel Service, Inc. ("UPS") submits its Corporate Disclosure Statement pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois.

UPS states that its proper identity is United Parcel Service, Inc. and that it has no parent corporations. UPS further states that no publicly held company owns 5% or more of UPS stock.

Dated: March 18, 2008                                    UNITED PARCEL SERVICE, INC.

                                                         By:    /s/ Meghan E. Riley
                                                                One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
jk2@quarles.com
egirard@quarles.com
meriley@quarles.com

QBACTIVE\6142248.1

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 18, 2008, a copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

The undersigned also certifies that she served a true and correct copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD upon:

>John W. Reliford
>370 Cloverdale Lane
>Bolingbroook, IL 60440

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on March 18, 2008.

>/s/ Meghan E. Riley