IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. RELIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1266 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | Magistrate Judge Martin C. Ashman |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant United Parcel Service ("UPS") moves this Court for an additional thirty (30) days to answer or otherwise plead in response to the Complaint filed by Plaintiff John Reliford ("Reliford" or "Plaintiff") in this matter. In support of this motion, UPS states as follows:

1. Plaintiff filed his Complaint on March 3, 2008.

2. UPS accepted service at its Corporate Office in Atlanta, Georgia, on March 6 2008, rather than at the office of its Registered Agent. UPS's responsive pleading is due March 26, 2008.

3. UPS needs an additional thirty (30) days – that is, until April 25, 2008 – to investigate the allegations in the Complaint in order to respond in good faith.

4. This is UPS's first request for additional time in this matter, and Plaintiff will not suffer prejudice as a result of this extension.

5. Plaintiff informed UPS's counsel, Meghan E. Riley, on March 13, 2008, that he had no objection to this Motion.

WHEREFORE, Defendant United Parcel Service requests that this Court enter an Order granting it an additional thirty (30) days – until April 25, 2008 – to answer or otherwise plead in response to Plaintiff's Complaint.

DATED:  March 18, 2008               Respectfully submitted,

                                     UNITED PARCEL SERVICE

                                     By:    /s/ Meghan E. Riley
                                            One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
jk2@quarles.com
egirard@quarles.com
meriley@quarles.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 18, 2008, a copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

The undersigned also certifies that she served a true and correct copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD upon:

> John W. Reliford
> 370 Cloverdale Lane
> Bolingbroook, IL 60440

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on March 18, 2008.

/s/ Meghan E. Riley

QBACTIVE\6135504.1