IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. RELIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1266 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | Magistrate Judge Martin C. Ashman |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF MOTION**

Mr. John Reliford
370 Cloverdale Lane
Bolingbrook, IL 60440


    PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge David H. Coar, in Courtroom 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served on you.

DATED: March 18, 2008                        UNITED PARCEL SERVICE

                                                  By:   /s/ Meghan E. Riley
                                                          One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
jk2@quarles.com
egirard@quarles.com
meriley@quarles.com

QBACTIVE\6135583.1

- 1 -

**CERTIFICATE OF SERVICE**

     The undersigned attorney certifies that on March 18, 2008, a copy of the foregoing NOTICE OF MOTION was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

     The undersigned also certifies that she served a true and correct copy of the foregoing DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD upon:

> John W. Reliford
> 370 Cloverdale Lane
> Bolingbroook, IL 60440

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on March 18, 2008.

                                                            /s/ Meghan E. Riley