UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| **JOHN W. RELIFORD**<br>       v.<br>**UNITED PARCEL SERVICE, CO.** | No. 08 CV 1266 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| SIGNATURE |  |
|---|---|
| /s/John A. Klages |  |
| FIRM |  |
| **Quarles & Brady LLP** |  |
| STREET ADDRESS |  |
| **500 West Madison Street, Suite 3700** |  |
| CITY/STATE/ZIP |  |
| **Chicago, IL  60661-1125** |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06196781** | TELEPHONE NUMBER<br>**(312)  715-5000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☒         NO ❑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ❑         NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☒         NO ❑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒    NO ❑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ❑         APPOINTED COUNSEL ❑ ||

QBACTIVE\6141815.1