UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

John W. Reliford
        Plaintiff,

v.                 Case No.: 1:08−cv−01266
                Honorable David H. Coar

United Parcel Service
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

  MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendant United Parcel Service for extension of time to file answer or otherwise plead [9] is granted. Defendant to answer or plead on or before April 25, 2008. In light of the length of this extension, no further extensions will be given. Parties need not appear on the noticed motion date of 3/24/2008.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.