**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN W. RELIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1266 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | Magistrate Judge Martin C. Ashman |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   John W. Reliford
       370 Cloverdale Lane
       Bolingbrook, IL 60440

   PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge David H. Coar, in Courtroom 1419, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's Motion To Dismiss Complaint and Memorandum in Support, copies of which is hereby served on you.

Dated:  April 25, 2008                UNITED PARCEL SERVICE, INC.


                                      By: /s/ Meghan E. Riley
                                          One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312) 715 – 5000
Jk2@quarles.com
egirard@quarles.com
meriley@quarles.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 25, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also certifies that she served a true and correct copy of the foregoing document upon:

> John W. Reliford
> 370 Cloverdale Lane
> Bolingbrook, IL 60440

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on April 25, 2008.

/s/ Meghan E. Riley