UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

John W. Reliford
                Plaintiff,

v.                                  Case No.: 1:08−cv−01266
                                          Honorable David H. Coar

United Parcel Service
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Motion hearing held on 5/1/2008 regarding motion to dismiss[14]Motion to dismiss [14] is entered and continued to 5/8/2008 at 9:00 a.m. Motion Hearing regarding # 14 & 17 set for 5/8/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.