## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John W. Reliford
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01266
                                                        Honorable David H. Coar

United Parcel Service
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Motion hearing held and continued to 6/9/2008 at 9:00am regarding defendant's motion for extension of time to file answer[9], defendant's motion to dismiss[14], and plaintiff's motion to dismiss the defendant's motion to dismiss[17]. Plaintiff's oral motion for an extension of time to obtain an attorney is granted. Plaintiff is advised that no further continuances will be allowed.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.