UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

John W. Reliford
                    Plaintiff,

v.                                           Case No.: 1:08−cv−01266
                                             Honorable David H. Coar

United Parcel Service
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

MINUTE entry before the Honorable David H. Coar: The date of 6/9/2008 is stricken and no one should appear. Motion to dismiss [14] and Motion to dismiss [17] are reset for status to 6/26/2008 at 9:00 a.m. Set hearing as to motion to dismiss [14], motion to dismiss [17] : Status Motion Hearing reset for 6/26/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.