# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1266 | **DATE** | 7/8/2008 |
| **CASE TITLE** | John W. Reliford vs. United Parcel Service | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached Memorandum Opinion and Order, Defendant's Motion to Dismiss [14] is GRANTED in part and DENIED in part. Counts I, II, III and IV are DISMISSED. All other Counts remain.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SM(lc) |
|---|---|---|