UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John W. Reliford
                            Plaintiff,

v.                                              Case No.: 1:08−cv−01266
                                                       Honorable David H. Coar

United Parcel Service
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion hearing held on 7/23/2008 regarding motion to dismiss[17]. Plaintiff's Motion to dismiss defendant's motion to dismiss complaint [17] is entered and continued to allow the attorney to appear on behalf of the plaintiff. Motion Hearing set for 7/31/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.