UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John W. Reliford
       Plaintiff,

v.                Case No.: 1:08−cv−01266
                Honorable David H. Coar

United Parcel Service
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable David H. Coar:The plaintiff, John Reliford appeared before the Court at approximately 10:10 on 7/31/2008 and advised the Court that the attorney would not be filing an appearance and that he would be willing to proceed with the Settlement Assistance Program. This case is referred to the Settlement Assistance Program for Pro Se Litigants.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.