# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1266 | **DATE** | 8/5/2008 |
| **CASE TITLE** | John W. Reliford vs. United Parcel Service | | |

**DOCKET ENTRY TEXT**

In light of this court's memorandum opinion and order of 7/8/2008 [23], the issues presented by Plaintiff's Motion against Defendant's motion to dismiss complaint [17] have been resolved, and it is therefore DISMISSED as moot.  All dates relevant to this motion are STRICKEN.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SM(lc) |
|---|---|---|