

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### LIMITED ATTORNEY APPEARANCE FORM AS
### SETTLEMENT ASSISTANCE PROGRAM COUNSEL

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| John Reliford<br>v.<br>United Parcel Service | 08-1266 |

**08 C 1266**

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR
(In the space below, enter the name of the party or parties being represented)

John Reliford

FILED

AUG 2 7 2008
Aug 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Laurie Wardell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Laurie Wardell* |
| FIRM Chicago Lawyers' Committee for Civil Rights Under Law |
| STREET ADDRESS |
| 100 N. LaSalle St., Suite 600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER | TELEPHONE NUMBER |
|---|---|
| 6194436 | (312) 630-9744 |

| E-MAIL ADDRESS |
|---|
| lwardell at clccrul.org |