

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
Aug 27, 2008
AUG 2 7 2008

Judge David H. Coar
United States District Court

John Reliford           )
                        )
       Plaintiff(s),    )
                        )
v.                      )   Case No. 08-01266
                        )
United Parcel Service   )                        **08 C 1266**
                        )
       Defendant(s).    )

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with a settlement conference in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the settlement conference.

Name of Appointed Counsel: Laurie Wardell

Law Firm: Chicago Lawyers' Committee for Civil Rights Under Law, Inc.

Street Address: 100 N. LaSalle Street

Suite Number: Suite 600

City, State & Zip Code: Chicago, Illinois 60602

Telephone Number: (312) 630-9744

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: August 26, 2008    _____
                          Pro Se Party

                          ENTER:

Dated: SEP 5 - 2008       _____
                          Judge